McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Tel: 973-993-8100
Fax: 973-425-0161

Counsel to Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG,<br><br>               Plaintiffs,<br><br>-against-<br><br>PETER MADOFF,<br><br>               Defendant. | Civil Action No.<br><br><br>**NOTICE OF APPEARANCE** |

Greg Trif hereby enters his appearance in this action on behalf of the Plaintiffs, The Lautenberg Foundation, Joshua S. Lautenberg and Ellen Lautenberg. It is respectfully requested that any future Notices of Electronic Filing related to this matter be forwarded also to the undersigned (gtrif@mdmc-law.com).

Dated: February 24, 2009                 **McElroy, Deutsch, Mulvaney & Carpenter, LLP**

                                                    By: _____
                                                      Greg Trif
                                                      1300 Mount Kemble Avenue
                                                      Morristown, New Jersey 07960
                                                      Tel: (973) 993-810
                                                      Fax: (973) 425-0161
                                                      E-Mail: gtrif@mdmc-law.com