William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333
Attorneys for Defendant Peter Madoff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG, | Civil Action No. 09-00816 (SRC)(MAS) |
| Plaintiffs, | **NOTICE OF APPEARANCE** <br> **OF WILLIAM F. MADERER, ESQ.** |
| vs. | |
| PETER MADOFF, | *DOCUMENT ELECTRONICALLY FILED* |
| Defendant. | |

**PLEASE TAKE NOTICE** that defendant Peter Madoff is represented by the firm of Saiber LLC in the above-captioned matter. William F. Maderer hereby enters his appearance as counsel of record and as "lead attorney to be noticed" on behalf of Peter Madoff. Accordingly, Peter Madoff respectfully requests that any future Notices of Electronic Filing related to this case also be forwarded to William F. Maderer at (wmaderer@saiber.com).

                                            **SAIBER LLC**
                                            Attorneys for Defendant Peter Madoff

                                            */s/ William F. Maderer*
                                            William F. Maderer (wmaderer@saiber.com)

Dated: April 14, 2009

{00562656.DOC}