Charles T. Spada (cspada@lswlaw.com)
**Lankler Siffert & Wohl LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399
(admission *pro hac vice* pending)

William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Attorneys for Defendant Peter Madoff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PETER MADOFF,<br><br>　　　　Defendant. | Civil Action No. 09-00816 (SRC)(MAS)<br><br>**APPLICATION AND CERTIFICATION OF WILLIAM F. MADERER IN SUPPORT OF APPLICATION FOR <u>ADMISSION PRO HAC VICE</u>**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

**WILLIAM F. MADERER,** of full age, hereby certifies as follows:

1.　　I am a member of the law firm of Saiber LLC, One Gateway Center, 13th Floor, Newark, New Jersey. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

{00563002.DOC}

2. I submit this Certification in support of the application by defendant Peter Madoff, for the admission *pro hac vice* of Charles T. Spada, Esq., Lankler Siffert & Wohl LLP, 500 Fifth Avenue, 33rd Floor, New York, New York 10110, to appear in this action as co-counsel for Peter Madoff.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with Saiber LLC. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

4. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice*.

5. Plaintiffs in this matter consent and have no objection to the *pro hac vice* admission of our co-counsel.

6. On behalf of Peter Madoff, I respectfully request that the Court grant its application to have Charles T. Spada, Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ William F. Maderer*
WILLIAM F. MADERER

Dated: April 14, 2009