Charles T. Spada (cspada@lswlaw.com)
**Lankler Siffert & Wohl LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399
(admission *pro hac vice* pending)

William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Attorneys for Defendant Peter Madoff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG, <br><br> Plaintiffs, <br><br> vs. <br><br> PETER MADOFF, <br><br> Defendant. | Civil Action No. 09-00816 (SRC)(MAS) <br><br> **ORDER GRANTING** <br> **PRO HAC VICE ADMISSION** <br><br> *DOCUMENT ELECTRONICALLY FILED* |

**THIS MATTER** having been brought before the Court by William F. Maderer, Esq., attorney for defendant Peter Madoff, for an Order allowing Charles T. Spada, Esq., to appear and participate *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to FED.R.CIV.P. 78, and for good cause shown;

**IT IS** on this _____ day of _____, 2009,

{00563005.DOC}

**ORDERED** that Charles T. Spada, Esq., a member of the bar of the States of New York and Connecticut, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Saiber LLC, attorneys of record for defendant Peter Madoff, who is admitted to the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Charles T. Spada, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Charles T. Spada, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Charles T. Spada, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Charles T. Spada, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

                                                HONORABLE MICHAEL A. SHIPP
                                                UNITED STATES MAGISTRATE JUDGE