

**Saiber LLC**
One Gateway Center • 13th Floor
Newark, New Jersey • 07102-5311
Tel 973.622.3333 • Fax 973.622.3349
www.saiber.com

New York | Atlantic City | Point Pleasant Beach

WILLIAM F. MADERER +◦
DAVID J. D'ALOIA
JEFFREY W. LORELL ◦
DAVID R. GROSS ◦
SEAN R. KELLY •◦
ARNOLD B. CALMANN •
JOAN M. SCHWAB
JENNINE DISOMMA •
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER ◦◊
MICHAEL J. GERAGHTY ◦
NINO A. COVIELLO ◦
AGNES I. RYMER ◦
JAMES H. GIANNINOTO □
NANCY A. WASHINGTON
MARC C. SINGER ◦◊
SETH E. ZUCKERMAN
MARC E. WOLIN ◦
DAVID A. COHEN
JEFFREY SOOS
DANALYNN T. COLAO ◦

SAMUEL S. SAIBER
1879-2003
GEOFFREY GAULKIN
ALFRED M. WOLIN
   SPECIAL COUNSEL
DAVID M. SATZ, JR.
MORTON GOLDFEIN •
DAVID J. SATZ
HEIDI WEGRYN GROSS
   OF COUNSEL
GUY S. MICHAEL ◦
ROBERT J. CARROLL
MICHAEL J. WILDES •
ROBERT B. NUSSBAUM
MELISSA A. PROVOST
CHRISTINA L. FICHERA ◦
   COUNSEL
◦ MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ & PA BARS
□ MEMBER OF NJ, NY & CT BARS
+ CERTIFIED BY THE SUPREME
   COURT OF NEW JERSEY AS A CIVIL
   AND CRIMINAL TRIAL ATTORNEY
• CERTIFIED BY THE SUPREME
   COURT OF NEW JERSEY AS A CIVIL
   TRIAL ATTORNEY

JENNIFER R. O'CONNOR
PAOLA CIAPPINA HEMSLEY
COLIN R. ROBINSON ◦
MARK A. RONEY
JACK CHAN ◦
DANIELE N. HANKIN ◦
JEFFREY J. PASEK
JOHN H. NOORLANDER ◦
ANDREW D. LA FIURA ◦
LAUREN M. LIMAURO
RINA G. TAMBURRO ◦
UNA YOUNG KANG ◊
KATHERINE A. ESCANLAR •
JAKOB B. HALPERN
MICHAEL J. GROHS ◦
MATTHEW A. CATANIA ◦
AMY K. SMITH ◦
JANE JHUN ◦
GERI L. ALBIN ◦
CHRISTLE R. GARVEY
CHRISTOPHER J. TURANO ◦

April 14, 2009

**VIA ELECTRONIC FILING AND**
**FIRST CLASS MAIL**

The Honorable Michael A. Shipp, U.S.M.J.
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

      Re:    **The Lautenberg Foundation, et al. v. Madoff**
              **Civil Action No. 2:09-cv-00816 (SRC-MAS)**

Dear Magistrate Judge Shipp:

      We are local counsel for defendant Peter Madoff with respect to the above-referenced matter. Attached please find a copy of a letter dated April 2, 2009 to Your Honor from Charles T. Spada, Esq., in response to the letter to the Court from Ronald J. Riccio, Esq. dated March 31, 2009. This letter was previously submitted to Chambers via facsimile by Mr. Spada, whose admission to practice before this Court *pro hac vice* is pending, on behalf of defendant Peter Madoff.

                              Respectfully submitted,

                              /s/ *William F. Maderer*

                              WILLIAM F. MADERER

WFM/bmc
Enclosure

cc:    Ronald J. Riccio, Esq.
        Greg Trif, Esq.
        Louis A. Modugno, Esq.
        (w/encl - via electronic filing)

{00562968.DOC}