Charles T. Spada (cspada@lswlaw.com)
**Lankler Siffert & Wohl LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399

William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Attorneys for Defendant Peter Madoff

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG, | Civil Action No. 09-00816 (SRC)(MAS) |
| Plaintiffs, | |
| vs. | *DOCUMENT ELECTRONICALLY FILED* |
| PETER MADOFF, | |
| Defendant. | |

### REQUEST BY LOCAL COUNSEL FOR
### PRO HAC VICE ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* in the within matter has been entered [see Docket #11 – April 21, 2009]; and

{00565208.DOC}

2. Pursuant to L.Civ.R. 101.1(c)(3), the Admission Fee, in the amount of $150.00, has been paid to the Clerk of the Court for the admitted attorney [receipt no. 373278 – April 30, 2009].

**SAIBER LLC**
Attorneys for Defendant Peter Madoff

_/s/ Michael J. Grohs_
Michael J. Grohs

**PRO HAC VICE ATTORNEY INFORMATION**

| | |
|---|---|
| Name: | Charles T. Spada |
| Address: | Lankler Siffert & Wohl LLP |
| | 500 Fifth Avenue, 33rd Floor |
| | New York, New York 10110 |
| E-Mail: | cspada@lswlaw.com |

Dated: April 30, 2009