Charles T. Spada (cspada@lswlaw.com)
**LANKLER SIFFERT & WOHL LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399

William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Attorneys for Defendant Peter Madoff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER MADOFF,<br><br>Defendant. | Civil Action No. 09-00816 (SRC)(MAS)<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>*DOCUMENT ELECTRONICALLY FILED*<br><br>**ORAL ARGUMENT REQUESTED** |

TO:    Ronald J. Riccio, Esq.
          Louis A. Modugno, Esq.
          Greg Trif, Esq.
          McElroy, Deutsch, Mulvaney & Carpenter, LLP
          1300 Mount Kemble Avenue
          P.O. Box 2075
          Morristown, New Jersey 07962

Michael R. Griffinger, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that on Monday, June 1, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant shall move before the Honorable Stanley R. Chesler, United States District Judge, at the Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing with prejudice Plaintiffs' Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Defendant will rely upon his Brief and the Declaration of Charles T. Spada, Esq., in support thereof and filed contemporaneously herewith, any reply papers in support thereof, and oral argument, which is respectfully requested.

A proposed form of Order is submitted herewith for the Court's consideration.

                                           Respectfully submitted,

                                           **SAIBER LLC**
                                           Attorneys for Defendant Peter Madoff

                                           By:   /s/ ***William F. Maderer***
                                           William F. Maderer (wmaderer@saiber.com)
                                           Michael J. Grohs (mgrohs@saiber.com)
                                           One Gateway Center, 13th Floor
                                           Newark, New Jersey 07102
                                           (973) 622-3333

Charles T. Spada (cspada@lswlaw.com)
**LANKLER SIFFERT & WOHL LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399

Dated May 4, 2009