

## Saiber
ATTORNEYS AT LAW

Saiber LLC
One Gateway Center · 13th Floor
Newark, New Jersey · 07102-5311
Tel 973.622.3333 · Fax 973.622.3349
www.saiber.com

New York | Atlantic City | Point Pleasant Beach

WILLIAM F. MADERER ♦+
DAVID J. D'ALOIA
JEFFREY W. LORELL °
DAVID R. GROSS *
SEAN R. KELLY *°
ARNOLD B. CALMANN °
JOAN M. SCHWAB
JENNINE DISOMMA *
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER *°
MICHAEL J. GERAGHTY °
NINO A. COVIELLO °
AGNES I. RYMER °
JAMES H. GIANNINOTO ▫
NANCY A. WASHINGTON
MARC C. SINGER *°
SETH E. ZUCKERMAN
MARC E. WOLIN °
DAVID A. COHEN
JEFFREY SOOS
DANALYNN T. COLAO *

SAMUEL S. SAIBER
1926-2008
GEOFFREY GAULKIN
ALFRED M. WOLIN
Special Counsel
DAVID M. SATZ, JR.
MORTON GOLDFEIN *
DAVID J. SATZ
HEIDI WILGRYN GROSS
Of Counsel
GUY S. MICHAEL °
ROBERT J. CARROLL
MICHAEL J. WILDES *
ROBERT B. NUSSBAUM
MELISSA A. PROVOST
CHRISTINA L. FICHERA °
Counsel
* Member of NJ & NY Bars
◊ Member of NJ & PA Bars
□ Member of NJ, NY & CT Bars
+ Certified by the Supreme
Court of New Jersey as a Civil
and Criminal Trial Attorney
♦ Certified by the Supreme
Court of New Jersey as a Civil
Trial Attorney

JENNIFER R. O'CONNOR
PAOLA CIAPPINA HEMSLEY
COLIN R. ROBINSON °
MARK A. RONEY
JACK CHAN *
DANIELE N. HANKIN *
JEFFREY J. PASEK
JOHN H. NOORLANDER ◊
ANDREW D. LA FIURA *
LAUREN M. LIMAURO
RINA G. TAMBURRO *
UNA YOUNG KANG °
KATHERINE A. ESCANLAR °
JAKOB B. HALPERN
MICHAEL J. GROHS *
MATTHEW A. CATANIA *
AMY K. SMITH *
JANE JHUN *
GERI L. ALBIN *
CHRISTIE R. GARVEY
CHRISTOPHER J. TURANO °

May 21, 2009

**VIA ELECTRONIC FILING AND**
**FIRST CLASS MAIL**

The Honorable Stanley R. Chesler, U.S.D.J.
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

      Re:    **The Lautenberg Foundation, et al. v. Madoff**
             **Civil Action No. 2:09-cv-00816 (SRC-MAS)**

Dear Judge Chesler:

      Our firm, along with our co-counsel, Lankler Siffert & Wohl LLP, represent defendant Peter Madoff in the above-referenced matter. Pursuant to the instructions I received from Your Honor's law clerk, Jonathan Luick, please accept this letter as defendant's request for: (1) a one-week extension of time to file his reply brief; and (2) permission to file an overlength reply brief. Counsel for plaintiffs, Ronald J. Riccio, Esq., has consented to these requests.

      As the Court is aware, defendant filed a motion to dismiss the complaint on May 4, 2009. Plaintiffs obtained the Court's permission (and our consent) to submit an overlength brief in opposition to defendant's motion to dismiss, which was filed by plaintiffs on May 18, 2009. Defendant's reply brief relative to the motion is due to be filed on May 26, 2009.

      Defendant respectfully requests until Tuesday, June 2, 2009, in which to file an overlength reply brief. While we are still analyzing the arguments raised in plaintiffs' opposition brief, we do not anticipate that our reply brief will exceed twenty-five (25) pages in length.

{00567698.DOC}



We thank the Court for its consideration of our requests and for its attention to this matter.

Respectfully submitted,

/s/ *Michael J. Grohs*

Michael J. Grohs

GRO/bmc

cc: Honorable Michael A. Shipp, U.S.M.J. [via electronic filing and First Class Mail
Ronald J. Riccio, Esq. [via electronic filing]
Greg Trif, Esq. [via electronic filing]
Louis A. Modugno, Esq. [via electronic filing]
Michael R. Griffinger, Esq. [via First Class Mail]
Charles T. Spada, Esq. [via electronic filing]

SO ORDERED:

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

{00567698.DOC}