# UNITED STATES OF AMERICA
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**NEWARK**                                              **August 11, 2009**
**Judge: Chesler**
**COURT REPORTER : KASHMER**               Docket No.  09-816

## TITLE OF CASE

LAUTENBERG FOUNDATION, et al

V.

PETER MADOFF

## APPEARANCES:
Ronald Riccio, Esq., Michael Griffinger, Esq., and Stephen Greenberg, Esq.
For plaintiff
Charles Spada, Esq., Joanne Harvey, Esq., Jeannie Rose Rubin and William F. Maderer, Esq., for defendant.

## NATURE OF PROCEEDINGS:
Hearing on motion to dismiss plaintiff's complaint (13)
DECISION RESERVED.

12:05 p.m. to 1:35 p.m.

  s/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist