## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> PETER MADOFF, <br><br> Defendant. | **Civil Action No. 09-816 (SRC)** <br><br> **ORDER** |

**CHESLER**, District Judge

This matter having come before the Court on the motion by Defendant Peter Madoff ("Defendant") to dismiss the Complaint [docket entry 13]; and Plaintiffs The Lautenberg Foundation, Joshua S. Lautenberg and Ellen Lautenberg having opposed the motion; and the Court having heard oral argument on the motion on August 11, 2009; and the Court having considered the parties' briefing and arguments; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 9th day of September, 2009,

**ORDERED** that Defendant's motion to dismiss [docket entry 13] be and hereby is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the claim for violation of Section 10(b) of the Securities Act, pled in

Count One of the Complaint, be and hereby is **DISMISSED WITHOUT PREJUDICE** insofar as it is predicated upon affirmative misrepresentations in violation of Rule 10b-5(b) and insofar as it is predicated upon violations of Rule 10b-5(a) and/or (c); and it is further

**ORDERED** that the claim for negligent misrepresentation, pled in Count Five of the Complaint, be and hereby is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Defendant's motion to dismiss be and hereby is **DENIED** as to all other claims asserted in the Complaint.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge