

# Saiber
ATTORNEYS AT LAW

Saiber LLC
One Gateway Center • 13th Floor
Newark, New Jersey • 07102-5311
Tel 973.622.3333 • Fax 973.622.3349
www.saiber.com

New York | Atlantic City | Point Pleasant Beach

WILLIAM F. MADERER +°
DAVID J. D'ALOIA
JEFFREY W. LORELL°
DAVID R. GROSS°
SEAN R. KELLY*°
ARNOLD B. CALMANN°
JOAN M. SCHWAB
JENNINE DISOMMA°
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER°◊
MICHAEL J. GERAGHTY°
NINO A. COVIELLO°◊
AGNES I. RYMER°
JAMES H. GIANNINOTO□
MICHAEL H. COHEN
NANCY A. WASHINGTON
MARC C. SINGER°◊
SETH E. ZUCKERMAN
MARC E. WOLIN ◊
DAVID A. COHEN
LISA C. WOOD°◊
JEFFREY SOOS
DANALYNN T. COLAO°

SAMUEL S. SAIBER
1906-2002
NORMAN E. SCHLESINGER
1920-2009
GEOFFREY GAULKIN
ALFRED M. WOLIN
SPECIAL COUNSEL
DAVID M. SATZ, JR.
MORTON GOLDFEIN°
DAVID J. SATZ
HEIDI WEGRYN GROSS
OF COUNSEL
GUY S. MICHAEL°
ROBERT J. CARROLL
MICHAEL J. WILDES°
ROBERT B. NUSSBAUM
MELISSA A. PROVOST
CHRISTINA L. FICHERA°
COUNSEL
° MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ & PA BARS
□ MEMBER OF NJ, NY & CT BARS
+ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A CIVIL
AND CRIMINAL TRIAL ATTORNEY
* CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A CIVIL
TRIAL ATTORNEY

GREGORY T. DENNISON°
JENNIFER R. O'CONNOR
PAOLA CIAPPINA HEMSLEY
COLIN R. ROBINSON °
MARK A. RONEY
JACK CHAN°
DANIELE N. HANKIN°
JEFFREY J. PASEK
JOHN H. NOORLANDER°
MELISSA A. NATALE °
LAUREN M. LIMAURO
RINA G. TAMBURRO °
UNA YOUNG KANG °
KATHERINE A. ESCANLAR°
JAKOB P. HALPERN
MICHAEL J. GROHS°
DAVID M. FARKOUH°
MATTHEW A. CATANIA°
AMY K. SMITH°
JANE JHUN°
GERI L. ALBIN°
CHRISTLE R. GARVEY
CHRISTOPHER J. TURANO°

September 21, 2009

## VIA FIRST CLASS MAIL

The Honorable Michael A. Shipp, U.S.M.J.
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

      Re:    The Lautenberg Foundation, et al. v. Madoff
               Civil Action No. 2:09-cv-00816 (SRC-MAS)

Dear Magistrate Judge Shipp:

      Our firm, along with our co-counsel, Lankler Siffert & Wohl LLP, represent defendant Peter Madoff in the above-referenced matter. Enclosed for Your Honor's consideration is a proposed Stipulation extending the time for defendant Peter Madoff to answer the Complaint from September 23, 2009, to and including October 7, 2009. The proposed Stipulation has also been electronically filed with the Court.

      If the proposed Stipulation meets with the Court's approval, we would appreciate it if Your Honor would execute same and have it entered on the docket.

      We thank the Court for its assistance and cooperation in this matter.

                                              Respectfully submitted,

                                              Michael J. Grohs

GRO/bmc
Enclosure

{00586817.DOC}



The Honorable Michael A. Shipp, U.S.M.J.
September 21, 2009
Page 2

cc:    Michael R. Griffinger, Esq.
       Ronald J. Riccio, Esq.
       Greg Trif, Esq.
       Louis A. Modugno, Esq.
       Charles T. Spada, Esq.
       [via First Class Mail – w/encls.]

{00586817.DOC}