09/21/2009 10:58  7327473807                    RON                         PAGE 01
09/18/2009 18:28 FAX 212 764 3701    LANKLER SIFFERT & WOHL                 ☒003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

THE LAUTENBERG FOUNDATION,　　　　　: Civil Action No. 09-816 (SRC)
JOSHUA S. LAUTENBERG and ELLEN
LAUTENBERG,
　　　　　　　　　　Plaintiffs,　　　　　　: **STIPULATION**

v.

PETER MADOFF,

　　　　　　　　　　Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that

1. Defendant Peter Madoff's time to answer in the above-entitled action is hereby extended from September 23, 2009, to and including October 7, 2009.

2. This is the first extension of defendant Peter Madoff's time to answer the Complaint.

Dated: September 21, 2009

　　　　　　　　　　　　　　　　　　　　　　　　LANKLER SIFFERT & WOHL LLP

SAIBER LLC　　　　　　　　　　　　By: _____
William F. Maderer　　　　　　　　　　　　Charles T. Spada
One Gateway Center, 13th Floor　　　　　Jeannie Rose Rubin
Newark, NJ 07102-5311　　　　　　　　500 Fifth Avenue, 33rd Floor
Newark, NJ 07102-5311　　　　　　　　New York, New York 10110
Tel: (973) 622-3333　　　　　　　　　　Tel: (212) 921-8399
wmaderer@saiber.com　　　　　　　　　cspada@lswlaw.com
　　　　　　　　　　　　　　　　　　　　rubin@lswlaw.com

*Counsel for Defendant Peter Madoff*

|  |  |
|---|---|
|  | McELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP |
| GIBBONS P.C.<br>Michael R. Griffenger<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: 973-596-4500<br>Fax: 973-596-0545 | By: _____<br>Ronald J. Riccio<br>Louis A. Modugno<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07102<br>Tel: 973-993-8100<br>Fax: 973-425-0161 |

*Counsel for Plaintiffs The Lautenberg Foundation, Joshua S. Lautenberg and Ellen Lautenberg*

SO ORDERED
this _____ day of September, 2009

_____