LAUTENBERG FOUNDATION, THE et al v. MADOFF											Doc. 23

```
09/21/2009 10:58  7327473887            RON                          PAGE 01
09/18/2009 18:28 FAX 212 784 3701   LANKLER SIFFERT & WOHL           ☐003
```

RECEIVED
SEP 21 2009
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

THE LAUTENBERG FOUNDATION,           : Civil Action No. 09-816 (SRC)
JOSHUA S. LAUTENBERG and ELLEN       :
LAUTENBERG,                          :
                 Plaintiffs,        : **STIPULATION**
              v.                    :
PETER MADOFF,                        :
                 Defendant.         :

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that

1. Defendant Peter Madoff's time to answer in the above-entitled action is hereby extended from September 23, 2009, to and including October 7, 2009.

2. This is the first extension of defendant Peter Madoff's time to answer the Complaint.

Dated: September 21, 2009

|  |  |
|---|---|
| SAIBER LLC<br>William F. Maderer<br>One Gateway Center, 13th Floor<br>Newark, NJ 07102-5311<br>Newark, NJ 07102-5311<br>Tel: (973) 622-3333<br>wmaderer@saiber.com | LANKLER SIFFERT & WOHL LLP<br><br>By: _/s/ Charles T. Spada_____<br>Charles T. Spada<br>Jeannie Rose Rubin<br>500 Fifth Avenue, 33rd Floor<br>New York, New York 10110<br>Tel: (212) 921-8399<br>cspada@lswlaw.com<br>jrubin@lswlaw.com |

*Counsel for Defendant Peter Madoff*

Dockets.Justia.com

09/21/2009  10:58    7327473807                    RON                              PAGE  02
09/18/2009  18:28  FAX 212 784 3701        LANKLER SIFFERT & WOHL                    @004

|  |  |
|---|---|
| | McELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP |
| GIBBONS P.C.<br>Michael R. Griffenger<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: 973-596-4500<br>Fax: 973-596-0545 | By: _____<br>Ronald J. Riccio<br>Louis A. Modugno<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07102<br>Tel: 973-993-8100<br>Fax: 973-425-0161 |

*Counsel for Plaintiffs The Lautenberg Foundation, Joshua S. Lautenberg and Ellen Lautenberg*

SO ORDERED
this ___ day of September, 2009

_____
Michael A. Shipp
United States Magistrate Judge

2