UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>PETER MADOFF,<br><br>　　　　　　　　Defendant. | Civil Action No. 09-816 (SRC) (MAS)<br><br>**STIPULATION** |

RECEIVED
OCT 07 2009
AT 8:30 ___ M
WILLIAM T. WALSH, CLERK

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that

1. Defendant Peter Madoff's time to answer in the above-entitled action is hereby extended from October 7, 2009, to and including October 13, 2009.

2. This is the second extension of defendant Peter Madoff's time to answer the Complaint.

Dated: October 5, 2009

　　　　　　　　　　　　　　　　　　　　LANKLER SIFFERT & WOHL LLP

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Charles T. Spada
SAIBER LLC　　　　　　　　　　　　　　　　Jeannie Rose Rubin
William F. Maderer　　　　　　　　　　　　500 Fifth Avenue, 33rd Floor
One Gateway Center, 13th Floor　　　　　　New York, New York 10110
Newark, NJ 07102-5311　　　　　　　　　　Tel: (212) 921-8399
Newark, NJ 07102-5311　　　　　　　　　　cspada@lswlaw.com
Tel: (973) 622-3333　　　　　　　　　　　　rrubin@lswlaw.com
wmaderer@saiber.com

　　　　　　　　　　*Counsel for Defendant Peter Madoff*

{00588685.DOC}

|  |  |
|---|---|
| GIBBONS P.C.<br>Michael R. Griffenger<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: 973-596-4500<br>Fax: 973-596-0545 | McELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP<br><br>By: _/s/ Ronald J. Riccio_<br>Ronald J. Riccio<br>Louis A. Modugno<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07102<br>Tel: 973-993-8100<br>Fax: 973-425-0161 |

*Counsel for Plaintiffs The Lautenberg Foundation, Joshua S. Lautenberg and Ellen Lautenberg*

SO ORDERED
this _17_ day of October, 2009

_/s/ Michael A. Shipp_
Hon. Michael A. Shipp
United States Magistrate Judge