Charles T. Spada (cspada@lswlaw.com)
**LANKLER SIFFERT & WOHL LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399

William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Attorneys for Defendant Peter Madoff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG, | Civil Action No. 09-00816 (SRC) (MAS) |
| Plaintiffs, | **CERTIFICATION OF SERVICE** |
| vs. | *DOCUMENT ELECTRONICALLY FILED* |
| PETER MADOFF, | |
| Defendant. | |

**WILLIAM F. MADERER,** hereby certifies as follows:

1.     I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2.     I hereby certify that on this 13th day of October, 2009, I caused the Answer of Defendant Peter Madoff to be served via CM/ECF upon all counsel of record.

{00589653.DOC}

I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

**SAIBER LLC**
Attorneys for Defendant Peter Madoff


By: ___/s/ *William F. Maderer*___
William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 622-3333

Charles T. Spada (cspada@lswlaw.com)
**LANKLER SIFFERT & WOHL LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399