Charles T. Spada (cspada@lswlaw.com)
**LANKLER SIFFERT & WOHL LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399

William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Attorneys for Defendant Peter Madoff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG,<br><br>Plaintiffs,<br><br>-against-<br><br>PETER MADOFF,<br><br>Defendant. | Civil Action No. 09-00816 (SRC)(MAS)<br><br>**CERTIFICATION IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

**CERTIFICATION OF JEANNIE R. RUBIN IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

**JEANNIE R. RUBIN,** of full age, hereby certifies as follows:

1. I am an attorney-at-law duly admitted and currently in good standing to practice law in the States of New York and Georgia, and am an associate at Lankler Siffert & Wohl LLP, 500 Fifth Avenue, 33rd Floor, New York, New York 10110.

{00590213.DOC}

2. I am not under suspension or disbarment in any jurisdiction or court. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

3. I submit this Certification in support of the application by defendant Peter Madoff to permit me to appear and participate, *pro hac vice*, as counsel for Peter Madoff at pre-trial proceedings and at trial of the above-captioned action.

4. I specialize in complex litigation and am familiar with this matter.

5. I am associated in this matter with William F. Maderer, a member of Saiber LLC, who is the attorney of record for Peter Madoff, is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

6. I am also associated in this matter with Charles T. Spada, Esq., a partner at Lankler Siffert & Wohl LLP, 500 Fifth Avenue, 33rd Floor, New York, New York 10110, who is a member in good standing to practice law in the States of New York and Connecticut and has been permitted to appear and participate in this matter, *pro hac vice*, by Order signed by the Honorable Michael A. Shipp, U.S.M.J. on April 20, 2009 and filed on April 21, 2009.

7. Upon being admitted to appear and participate in this matter, *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

8. Upon being admitted to appear and participate in this matter, *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

9. Pursuant to Local Civil Rule 101.1(c)(4), I understand that upon admission, *pro hac vice*, I am deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

10. I also understand that upon admission, *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of the institution of any disciplinary proceedings against me or any matter affecting my standing at the bar of any other Court.

11. For the foregoing reasons, it is respectfully requested that the Court grant Peter Madoff's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

EXECUTED this 16th day of October, 2009, at New York, New York.

*Jeannie R. Rubin*
JEANNIE R. RUBIN