Charles T. Spada (cspada@lswlaw.com)
**LANKLER SIFFERT & WOHL LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399

William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Attorneys for Defendant Peter Madoff

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER MADOFF,<br><br>Defendant. | Civil Action No. 09-00816 (SRC)(MAS)<br><br>**CERTIFICATION OF SERVICE**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

**WILLIAM F. MADERER,** hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

{00590512.DOC}

2. I hereby certify that on this 19th day of October, 2009, I caused the following documents in connection with defendant's application for the admission *pro hac vice* of Jeannie R. Rubin, Esq., to be served via CM/ECF upon all counsel of record:

    a. Application and Certification of William F. Maderer, Esq.;

    b. Certification of Jeannie R. Rubin, Esq.;

    c. Proposed Form of Order; and

    d. Certification of Service.

3. I also hereby certify that on this 19th day of October, 2009, I caused copies of the aforementioned documents to be delivered, via First Class Mail, to the Honorable Michael A. Shipp, United States Magistrate Judge, King Fed. Bldg. & U.S. Courthouse, 50 Walnut Street, P.O. Box 999, Newark, New Jersey 07101-0999.

4. I also hereby certify that on this 19th day of October, 2009, I caused courtesy copies of the aforementioned documents to be delivered, via First Class Mail, to the Clerk's Office, Martin Luther King Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101-0419, for delivery to the Honorable Stanley R. Chesler, United States District Judge.

I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

        **SAIBER LLC**
        Attorneys for Defendant Peter Madoff

        By: /s/ *William F. Maderer*
        William F. Maderer (wmaderer@saiber.com)
        Michael J. Grohs (mgrohs@saiber.com)
        One Gateway Center, 13th Floor
        Newark, New Jersey 07102
        (973) 622-3333

        Charles T. Spada (cspada@lswlaw.com)
        **LANKLER SIFFERT & WOHL LLP**
        500 Fifth Avenue, 33rd Floor
        New York, New York 10110
        (212) 921-8399

Dated October 19, 2009