UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

October 20, 2009

RECUSAL LETTER ORDER
ORIGINAL FILED WITH THE CLERK OF THE COURT

All counsel of record on the docket sheet.

**Re: The Lautenberg Foundation v. Madoff
Civil Action No. 09-816 (SRC)**

Dear Counsel:

Please be advised that I am recusing myself from this case. The Honorable Madeline C. Arleo will assume all Magistrate Judge responsibilities for this case.

**SO ORDERED.**

s/ Michael A. Shipp
**Hon. Michael A. Shipp
United States Magistrate Judge**

Orig.: Clerk of the Court
cc: Hon. Stanley R. Chesler, U.S.D.J.
Hon. Madeline C. Arleo, U.S.M.J.
Parties
File