# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

RONALD J. RICCIO
Direct dial: (973) 425-8723
rriccio@mdmc-law.com

October 23, 2009

Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court
District of New Jersey
M.L.King Federal Building & Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07102

RE:    RE:    ***The Lautenberg Foundation v. Madoff***
                  **Civil Action No. 09-00816 (SRC) (MAS)**

Dear Judge Arleo:

I, along with Michael Griffinger of the Gibbons Firm, represent Plaintiffs, the Lautenberg Foundation and others ("Plaintiffs") in the above-referenced matter. On October 20, 2009 Judge Shipp recused himself from this case. All Magistrate Judge responsibilities have now been transferred to Your Honor.

The Complaint in this matter was filed on February 25, 2009. On September 9, 2009, Judge Chesler rendered a comprehensive Opinion (Document No. 21) denying Defendant Peter Madoff's motion to dismiss. On October 13, 2009 Madoff filed his Answer to Plaintiff's Complaint. There has not yet been any discovery by either side. The parties have discussed a discovery plan, but have not yet agreed to a joint plan. We write, on behalf of Plaintiffs, to request that Your Honor schedule an in-person conference to discuss, among other things, setting a date for the deposition of Peter Madoff.

This case is eight months old. It involves the largest financial fraud in history. The sufficiency of the allegations in our Complaint have been sustained. There is, therefore, no good reason why discovery, in particular the deposition of Peter Madoff, should be further delayed.

NEW YORK           PENNSYLVANIA           NEW JERSEY           COLORADO

## MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court
District of New Jersey
October 23, 2009
Page 2

If convenient for Your Honor, we would request that the conference be held the afternoon of November 4, 2009. We believe that the conference should not take more than one hour.

Respectfully submitted,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Ronald J. Riccio

RJR/msp
cc:    Charles T. Spada, Esquire
       William F. Maderer, Esquire
       Michael Griffinger, Esquire
       Honorable Stanley R. Chesler, U.S.D.J.