Charles T. Spada (cspada@lswlaw.com)
Jeannie R. Rubin (rrubin@lswlaw.com)
**Lankler Siffert & Wohl LLP**
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 921-8399

William F. Maderer (wmaderer@saiber.com)
Michael J. Grohs (mgrohs@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(973) 622-3333

Attorneys for Defendant Peter Madoff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG, <br><br> Plaintiffs, <br><br> vs. <br><br> PETER MADOFF, <br><br> Defendant. | Civil Action No. 09-00816 (SRC)(MCA) <br><br><br> *DOCUMENT ELECTRONICALLY FILED* |

## REQUEST BY LOCAL COUNSEL FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* in the within matter has been entered [see Docket #33 – October 30, 2009]; and

{00593611.DOC}

2. Pursuant to L.Civ.R. 101.1(c)(3), the Admission Fee, in the amount of $150.00, has been paid to the Clerk of the Court for the admitted attorney [receipt no. 377995 – November 10, 2009].

> **SAIBER LLC**
> Attorneys for Defendant Peter Madoff
>
> */s/ Michael J. Grohs*
> Michael J. Grohs

## PRO HAC VICE ATTORNEY INFORMATION

Name: Jeannie R. Rubin

Address: Lankler Siffert & Wohl LLP

500 Fifth Avenue, 33rd Floor

New York, New York 10110

E-Mail: rrubin@lswlaw.com

Dated: November 10, 2009