**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Ronald J. Riccio
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Tel: 973-993-8100
Fax: 973-425-0161
E-Mail: rriccio@mdmc-law.com

**GIBBONS P.C.**
Michael R. Griffinger
One Gateway Center
Newark, New Jersey 07102
Tel: 973-596-4500
Fax: 973-596-0545
E-Mail: griffinger@gibbonslaw.com

Counsel to Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG,<br><br>Plaintiffs,<br><br>-against-<br><br>PETER MADOFF,<br><br>Defendant. | Civil Action No. 09-00816 (SRC)<br><br><br><br>**CONSENT ORDER** |

THIS MATTER having come before the Court for a status conference pursuant to the November 6, 2009, Pretrial Scheduling Order; McElroy, Deutsch, Mulvaney & Carpenter, LLP, Ronald J. Riccio, Esq. appearing, on behalf of Plaintiffs, The Lautenberg Foundation, Joshua S. Lautenberg and Ellen Lautenberg; Lankler Siffert & Wohl, LLP, Charles T. Spada, Esq. appearing, and Saiber LLC, Michael Grohs, Esq. appearing, on behalf of Defendant, Peter

Madoff; and the parties having agreed to modify the November 6, 2009, Pretrial Schedule Order; and for good cause shown,

IT IS on this ____6____ day of ____Jan____, 2010,

**ORDERED** that the responses to all outstanding written discovery demands be due on or before March 12, 2010; and it is further

**ORDERED** that the deadlines set forth in the November 6, 2009, Pretrial Scheduling Order are modified as follows:

1. Fact discovery is to remain open through June 30, 2010;
2. Any motion to amend pleading must be filed not later than March 12, 2010;
3. All affirmative expert reports shall be delivered by June 25, 2010;
4. All responding expert reports shall be delivered by July 30, 2010; and it is further

**ORDERED** that there shall be a telephone status conference before the undersigned on February 23, 2010, at 2:30 p.m. Plaintiffs' counsel shall initiate the telephone conference.

SO ORDERED:

_____
Honorable Madeline Cox Arleo, U.S.M.J.

The following parties hereby

Consent to the entry of this Order

McElroy, Deutsch, Mulvaney & Carpenter, LLP  
*Attorneys for Plaintiffs*

Lankler Siffert & Wohl, LLP  
*Attorneys for Defendant*

　/s/ Ronald J. Riccio　  
Ronald J. Riccio, Esq.  
1300 Mt. Kemble Avenue  
P.O. Box 2075  
Morristown, New Jersey 07962-2075

　/s/ Charles T. Spada　  
Charles T. Spada, Esq.  
33rd Floor  
500 Fifth Avenue  
New York, New York 10110

William F. Maderer, Esq.  
Saiber LLC  
18 Columbia Turnpike, Suite 200  
Florham Park, NJ 07932-2266

3