# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

February 4, 2010

| | |
|---|---|
| Ronald J. Riccio, Esq.<br>McElroy Deutsch, Mulvaney<br>& Carpenter, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962 | Marc. O Litt, Esq.<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>Southern District of New York<br>One St. Andrew's Plaza<br>New York, NY 10007 |
| Charles T. Spada, Esq.<br>Lankler, Siffert & Wohl, LLP<br>500 Fifth Avenue, 33rd Floor<br>New York, NY 10110 | Stephen M. Greenberg, Esq.<br>McElroy, Deutsch, Mulvaney, etc.<br>1300 Mt. Kemble Avenue, PO Box 2075<br>Morristown, NJ 07962 |

## **LETTER ORDER**

Re:   **The Lautenberg Foundation, et al. v. Peter Madoff**
        **Civil Action No.  09-816 (SRC)**

Dear Counsel:

A status/settlement conference is scheduled for **Wednesday, February 24, 2010 at 2:30 p.m.**  Trial counsel are to be present at the conference.  Clients with full settlement authority shall be present at the conference or available by telephone.

The February 23, 2010 conference is adjourned.

Marc Litt, Assistant U.S Attorney, is invited to attend.

**SO ORDERED.**

s/Madeline Cox Arleo
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
        Hon. Stanley R. Chesler, U.S.D.J.
        Marc Litt, AUSA

All Parties
File

Marc Litt, Esq.
Assistant U.S. Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007