**MCELROY, DEUTSCH,**
**MULVANEY & CARPENTER, LLP**
1300 Mt. Kemble Avenue, Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

**GIBBONS, P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG,<br><br>           Plaintiffs,<br><br>         -against-<br><br>PETER MADOFF,<br><br>           Defendants. | Civil Action No.: 09-00816 (SRC) (MCA)<br><br>*Document electronically filed.*<br><br>**PROPOSED ORDER** |

     **THIS MATTER** having been brought before the Court by Plaintiffs The Lautenberg Foundation, Joshua S. Lautenberg and Ellen Lautenberg ("Plaintiffs"), by and through their attorneys, Gibbons P.C. and McElroy, Deutsch, Mulvaney & Carpenter, LLP, for an Order granting Plaintiffs' motion for summary judgment against Defendant Peter Madoff ("Madoff") with respect to Count Three of Plaintiffs' Complaint; and the Court having considered the parties' respective submissions, and oral argument, if any; and good cause having been shown;

     **IT IS** on this ____ day of _____, 2010,

**ORDERED**, that Plaintiffs' motion for summary judgment against Defendant Madoff with respect to Count Three of Plaintiffs' Complaint is hereby **GRANTED**.

**ORDERED,** that Judgment is entered against Defendant Madoff in the amount of $6,452,000.

_____
HON. STANLEY R. CHESLER, U.S.D.J.