**MCELROY, DEUTSCH,**
**MULVANEY & CARPENTER, LLP**
1300 Mt. Kemble Avenue, Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

**GIBBONS, P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE LAUTENBERG FOUNDATION, JOSHUA S. LAUTENBERG and ELLEN LAUTENBERG,<br><br>                  Plaintiffs,<br><br>        -against-<br><br>PETER MADOFF,<br><br>                  Defendants. | Civil Action No.: 09-00816 (SRC) (MCA)<br><br>***Document electronically filed.***<br><br><br>**CERTIFICATE OF SERVICE** |

I, **MICHAEL R. GRIFFINGER**, hereby certify as follows:

1.      I am an attorney at law admitted to practice before this Court and a director of the firm of Gibbons P.C., attorneys for Plaintiffs The Lautenberg Foundation, Joshua S. Lautenberg and Ellen Lautenberg ("Plaintiffs") in the above-captioned matter.

2.      On March 12, 2010, I caused a true and correct copy of Plaintiffs' Notice of Motion for Summary Judgment; Memorandum of Law in Support of Motion for Summary Judgment; Statement of Material Facts; Declaration of Ronald Riccio, Esq.; Declaration of Joshua S. Lautenberg; Declaration of Ellen Lautenberg; Declaration of Eleanor Rigolosi;

Proposed Form of Order; and this Certificate of Service to be filed and served via the Court's

CM/ECF system on the following counsel for Defendant:

William F. Maderer, Esq.
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932-2266

Michael Grohs, Esq.
**SAIBER LLC**
One Gateway Center
13th Floor
Newark, NJ 07102


I hereby certify that the foregoing statements made by me are true.  I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.




By: s/ Michael R. Griffinger
Dated:  March 12, 2010                    Michael R. Griffinger, Esq.
            Newark, New Jersey              Jonathan S. Liss, Esq.
                                                          **GIBBONS P.C.**
                                                          One Gateway Center
                                                          Newark, New Jersey 07102-5310
                                                          P (973) 596 4500
                                                          F (973) 596 0545
                                                          mgriffinger@gibbonslaw.com

                                                          Ronald J. Riccio, Esq.
                                                          Louis A. Modugno, Esq.
                                                          Greg Trif, Esq.
                                                          **MCELROY, DEUTSCH,**
                                                          **MULVANEY & CARPENTER, LLP**
                                                          1300 Mt. Kemble Avenue, Box 2075
                                                          Morristown, New Jersey 07962-2075
                                                          (973) 993-8100

                                                          Attorneys for Plaintiffs